JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN MACE,<br><br>      Plaintiff,<br><br>   vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; MOSS ADAMS LLP LONG TERM DISABILITY PLAN; DOES 1 THROUGH 10,<br><br>      Defendants. | Case No. 2:16-cv-01834 PA (FFMx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 16-cv-01834 PA (FFMx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: July 29, 2016

_____
Hon. Percy Anderson
United States District Court Judge